

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

No. 04-19-00107-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On February 27, 2019, this court denied relator's motion for rehearing in appellate cause number 04-19-00001-CV. However, we also directed the clerk of this court to file and docket a copy of relator's February 4, 2019 "Appellant's Motion to: Show Cause/Mandamus" as a new original proceeding. The new original proceeding has now been docketed in appellate cause number 04-19-00107-CV.

On March 6, 2019, we dismissed as moot a related original proceeding in appellate cause number 04-19-00094-CV because the trial court scheduled a hearing for April 10, 2019 on relator's "Motion to Terminate State Counsel for Offenders and Invoke the *Faretta* Right to Self-Representation." On April 10, 2019, the trial court granted relator's "Motion to Terminate State Counsel for Offenders and Invoke the *Faretta* Right to Self-Representation."

Relator is ORDERED to file, **no later than May 14, 2019**, either (1) a petition for writ of mandamus that complies with Texas Rule of Appellate Procedure 52.3 if he desires to proceed

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.

with his request for mandamus relief in cause number 04-19-00107-CV or (2) a motion to dismiss the original proceeding in cause number 04-19-00107-CV.

It is so **ORDERED** on April 23, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court